

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00138-CV

In re Ruben Dario Almela, Relator

## AN ORIGINAL PROCEEDING IN MANDAMUS

## MEMORANDUM OPINION

Relator, Ruben Dario Almela, filed a petition for writ of mandamus on April 6, 2026. After consideration, the Court has determined that Almela has not shown that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. We dismiss any pending motions as moot.

GINA M. PALAFOX, Justice

April 10, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.